UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHUTLZ, III, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report as directed by the Court's September 27, 2019 Minute Order. The Parties have conferred and agree that this case should be referred to the District of Columbia Circuit Mediation Program for mediation. The Parties propose that a joint status report be due within 60 days (December 17, 2019) to inform the Court regarding the status of mediation, and further propose that all other aspects of this litigation, including discovery and defendants' deadline to answer the Complaint, be stayed pending further order of the Court.

Dated:  October 18, 2019.                                Respectfully submitted,

/s/ *Jeffrey L. Light*
Jeffrey L. Light (D.C. Bar #485360)
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

2

                                            */s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
SCOTT P. KENNEDY*
Assistant Attorneys General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-8044
(202) 741-5955 (fax)
micah.bluming@dc.gov
scott.kennedy@dc.gov

*Counsel for Defendants*

---

\*    Admitted to practice only in the State of Washington. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).

2