UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 18-120 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's June 12, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties jointly request that the Court extend the stay of this case until August 10, 2020, while they engage in good faith efforts to resolve the litigation through mediation. Fed. R. Civ. P. 6(b)(1)(A).

The Parties have made progress through formal mediation as described in their previous reports to the Court, although additional time is required given the limitations imposed by the COVID-19 pandemic. The Parties, with the support of the mediators, therefore, wish to continue their mediation efforts until August 10, 2020, understanding that if those efforts have ceased to be productive before that time, or if the Parties reach a settlement, they will promptly inform the Court. No other existing deadline will be affected by this additional time.

| | |
|---|---|
| Dated:  July 9, 2020. | Respectfully submitted, |
| */s/ Jeffrey L. Light* <br> Jeffrey L. Light (D.C. Bar #485360) <br> 1712 Eye St., NW <br> Suite 915 <br> Washington, DC 20006 <br> (202) 277-6213 <br> Jeffrey@LawOfficeOfJeffreyLight.com <br><br> *Counsel for Plaintiffs* | KARL A. RACINE <br> Attorney General for the District of Columbia <br><br> TONI MICHELLE JACKSON <br> Deputy Attorney General <br> Public Interest Division <br><br> */s/ Fernando Amarillas* <br> FERNANDO AMARILLAS [974858] <br> Chief, Equity Section <br><br> */s/ Micah Bluming* <br> MICAH BLUMING [1618961] <br> Assistant Attorney General <br> 441 Fourth Street, N.W. <br> Suite 630 South <br> Washington, D.C. 20001 <br> (202) 724-7272 <br> (202) 730-1833 (fax) <br> micah.bluming@dc.gov <br><br> *Counsel for Defendants* |