UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 14, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties jointly request that the Court extend the stay of this case until January 25, 2021. The Parties have now reached a tentative settlement, subject to approval by the Mayor, and continue to make progress through formal mediation. The Parties, therefore, wish to extend the stay in this case until January 25, 2021, in order to finalize the settlement. Fed. R. Civ. P. 6(b)(1)(A). The Parties will file with the Court a motion for preliminary approval once a settlement is final.

No other existing deadline will be affected by this additional time.

Dated:  December 14, 2020.                                   Respectfully submitted,

*/s/ Jeffrey L. Light*
Jeffrey L. Light (D.C. Bar #485360)          KARL A. RACINE
1712 Eye St., NW                                          Attorney General for the District of
Suite 915                                                          Columbia
Washington, DC 20006

| | |
|---|---|
| (202) 277-6213<br>Jeffrey@LawOfficeOfJeffreyLight.com<br><br>*Counsel for Plaintiffs* | TONI MICHELLE JACKSON<br>Deputy Attorney General<br>Public Interest Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section<br><br>*/s/ Duane Blackman*<br>DUANE BLACKMAN *<br>Assistant Attorney General<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 805-7640<br>(202) 703-0646 (fax)<br>duane.blackman@dc.gov<br><br>*Counsel for Defendants* |

---

\* Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).