UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties have agreed upon terms to settle this case, subject to Mayoral approval. The Parties have agreed on the substantive content of the settlement agreement, joint motion for preliminary order of approval and settlement of the class action, notice of class action, and claims form. The Parties continue working to finalize the details of each.

The Parties, however, have sharply conflicting expectations regarding what should happen next. The position of the District and all individual defendants is that the Court should extend the stay of the case until March 25, 2021, to allow additional time for Mayoral consideration and approval of the proposed settlement. No other existing deadline will be affected by an additional stay.

Plaintiffs, by contrast, think that given the Parties' agreement on terms and language there is nothing left to do but for the defendants to sign the agreement and

no reason for further delay. Therefore, it is Plaintiffs' position that there is no purpose in extending the stay for 60 days. Plaintiffs believe that the Court should discharge the mediators with the Court's thanks and schedule a hearing at the Court's earliest convenience to determine whether the District will be signing the agreement or, if need be, to schedule next steps in the litigation, including briefing on Plaintiffs' motion for preliminary certification of the class.

Dated:  January 25, 2021.

*/s/ Jeffrey L. Light*
Jeffrey L. Light (D.C. Bar #485360)
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
DUANE BLACKMAN *
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
duane.blackman@dc.gov

*Counsel for Defendants*

---

\*    Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).