## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 26, 2021 Minute Order, the Parties submit this Joint Status Report.

This case was referred to mediation on October 22, 2019. As reported in the Parties' joint status reports filed in December 2020 and January 2021, and as represented to the Court during the hearing on February 26, the Parties have agreed upon terms to settle this case, subject to Mayoral approval. As reported in the joint status report filed in January 2021, and as represented to the Court during the hearing on February 26, the Parties have agreed on the final language of the settlement agreement. In the January 2021 report, the District requested, over Plaintiffs' objection, an additional 60 days to complete its review.

### Plaintiffs' Position

Plaintiffs' position is that any further delay is unwarranted, particularly in light of Defendants' failure to state in this Joint Status Report the reason why the previous 60-day extension was not sufficient to obtain Mayoral approval. Plaintiffs

request that the Court schedule a hearing at its earliest convenience for the reasons discussed at the February 26, 2021 status conference. Should Defendants deliver an executed copy of the Settlement Agreement to Plaintiffs before the hearing, the parties will jointly notify the Court so that the hearing may be vacated.

**Defendants' Position**

In the Parties' January 25, 2021 joint status report, the District requested an additional 60 days to complete the Mayoral review process, until March 26, 2021. That process is ongoing, and a decision from the Mayor is expected within the next couple of days. The District requests that the Court extend the stay in this case for an additional seven days, until April 1, 2021. In light of the Court's remarks at the February 26, 2021 status hearing, the Office of the Attorney General for the District of Columbia (OAG) is prepared to make a supervisory official available should the Court decide to hold a hearing on this matter.

Dated:  March 25, 2021.                              Respectfully submitted,

*/s/ Jeffrey L. Light*                                     KARL A. RACINE
Jeffrey L. Light (D.C. Bar # 485360)          Attorney General for the District of
1712 Eye Street NW                                    Columbia
Suite 915
Washington, D.C. 20006                            TONI MICHELLE JACKSON
(202) 277-6213                                           Deputy Attorney General
Jeffrey@LawOfficeOfJeffreyLight.com      Public Interest Division

*Counsel for Plaintiffs*                              */s/ Fernando Amarillas*
                                                                 FERNANDO AMARILLAS [974858]
                                                                 Chief, Equity Section

                                                                 */s/ Micah Bluming*
                                                                 MICAH BLUMING [1618961]
                                                                 Assistant Attorney General
                                                                 400 Sixth Street, N.W., Suite 10100

2

Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*