UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 1, 2021 Minute Order, the Parties submit this Joint Status Report.

On April 6, 2021, the Mayor approved the Parties' proposed settlement except for one term. The Parties have conferred and request an additional week to determine whether that decision will affect the ultimate resolution of this case, but believe it is likely that a settlement agreement will be finalized. Based on this development, the District believes there is no need for a hearing on April 12, 2021. The District proposes that the Parties submit a further joint status report by April 13, 2021, stating the Parties' position on any further proceedings and/or efforts to finalize the settlement. Plaintiffs believe that a hearing date should remain on the docket, but agree that no hearing should take place on April 12, 2021. Plaintiffs request that the hearing be postponed to April 19, 2021.

2

| | |
|---|---|
| Dated: April 6, 2021. | Respectfully submitted, |

/s/ Jeffrey L. Light
Jeffrey L. Light (D.C. Bar # 485360)
1712 Eye Street NW
Suite 915
Washington, D.C. 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

Counsel for Plaintiffs

KARL A. RACINE
Attorney General for the District of Columbia

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

/s/ Micah Bluming
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

Counsel for Defendants