## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 18-120 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 7, 2021 Minute Order, the Parties submit this Joint Status Report.

The Parties have reached a final settlement in this matter and will proceed to execute the settlement agreement. Plaintiffs request that if the settlement agreement is not signed by April 21, 2021, that the Parties file a further status report by that date. Under the terms of the settlement, the Parties will file a Joint Motion for Preliminary Approval of the Settlement Agreement within two weeks of signing the agreement.

Dated: April 13, 2021.

*/s/ Jeffrey L. Light*
Jeffrey L. Light (D.C. Bar # 485360)
1712 Eye Street NW
Suite 915
Washington, D.C. 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*