UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JESSE P. SCHULTZ, III, et al., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| vs. | ) | Case No. 1:18-cv-120 (ABJ) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion for expungement, the Court hereby

**GRANTS** the motion.

1. It is hereby **ORDERED** that the arrest of each False Arrest Class Member on January 20

    or 21, 2017 in the District of Columbia is hereby declared null and void.

2. It is further **ORDERED** that within 30 days of any order granting final approval of the

    pending settlement, the District of Columbia shall:

    A. Seal the arrest records of all members of the False Arrest Class (the names of

        whom will be provided confidentially to the District of Columbia by Class

        Counsel) and take steps to remove the arrest records from any and all databases

        where the information is kept or is accessible to the public or other law

        enforcement agencies;

    B. Seal all records in the possession of the District of Columbia's Executive Branch

        pertaining to the arrest of each False Arrest Class Member on January 20 or 21,

2017, excluding the records of this litigation in the possession of the Office of the

Attorney General; and

C.  Send letters, in writing and with copies to Class Counsel, to the United States

Attorney's Office for the District of Columbia, the Pretrial Services Agency, the

Court Services and Offender Supervision Agency, and the Federal Bureau of

Investigation requesting that each of these federal agencies seal any records that

identify any of the False Arrest Class Members as having been arrested or

prosecuted in the same manner, and to the same extent, as if a motion to seal had

been granted pursuant to D.C. Code § 16-802.

3.  It is further **ORDERED** that the District of Columbia shall cause all records of the

Superior Court of the District of Columbia pertaining to the False Arrest Class Members'

arrest or prosecution to be purged and/or sealed in the same manner, and to the same

extent, as if a motion to seal had been granted pursuant to D.C. Code § 16-802.

4.  It is further **ORDERED** that the District of Columbia shall, within 45 days of any order

granting final approval of the pending settlement, file individual certifications with this

Court under seal for each False Arrest Class Member in a form substantially similar to

that contained in Exhibit B of Plaintiffs' Motion for Expungement, and provide copies of

the certification to Class Counsel and the Class Administrator for distribution to the False

Arrest Class Members.

5.  It is further **ORDERED** that each False Arrest Class Member is authorized to deny the

occurrence of their arrest on January 20 or 21, 2017 without being subject to any penalty

of perjury, fraud, or other offense premised upon misrepresentation or deception in

response to any query, whether posed orally or in writing.  The effect of this relief shall

be to restore each False Arrest Class Member in the contemplation of the law, to the

status he or she occupied before being arrested or charged.

6.  It is further **ORDERED** that the Court shall retain jurisdiction of this case for the

purposes of enforcing the rights of the False Arrest Class Members under this Order.


SO ORDERED.



Date:  September 3, 2021

_____
AMY BERMAN JACKSON
United States District Judge