UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| JESSE P. SCHULTZ, *et al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-0120 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

## FINAL APPROVAL ORDER

The Court held a Fairness Hearing in person on September 15, 2021. Upon consideration of plaintiffs' Consent Motion for Final Approval of Proposed Class Settlement, [Dkt. # 50], and the entire record, and it is hereby **ORDERED** that:

1. This Order (the Final Approval Order) incorporates by reference the definitions in the Settlement Agreement, [Dkt. # 46-1], and all capitalized terms shall have the same meanings set forth in the Settlement Agreement.

2. The Court has jurisdiction over the subject matter of the Lawsuit, the Parties, and all members of the Class.

3. Class Counsel adequately represented the Class for the purpose of entering into and implementing the Settlement Agreement.

4. Having reviewed the Settlement Agreement (with its attachments and exhibits), the Court finally approves the Settlement Agreement and the settlement contemplated by the Parties, as being fair, reasonable, and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure, and as being the product of informed, arm's length, negotiation by counsel. The Settlement Agreement contains no deficiencies that would prevent final approval.

5. All Class Members shall be bound by all determinations and judgments concerning the Settlement Agreement and the settlement contemplated thereby.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: September 17, 2021